No. 02–8202. KOVACHEVICH v. NEW YORK CITY HOUSING AUTHORITY. Ct. App. N. Y. Certiorari denied.

No. 02–8209. BOWMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8210. BARNETT v. CLARK, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8211. BUSTILLO v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–8215. HOYT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8216. ROMAN-GUTIERREZ, AKA GUZMAN-GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8218. HOLLINGSWORTH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8219. FORBES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8220. FAULKS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8221. JAIMES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8225. ROOKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8226. ROCHA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8227. MCDONALD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8229. MCKINNEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–8230. POE-MORALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.